IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 92–cv–00055–EWN–

AKEEM ABDUL MAKIN, and
JAHAD ALI,

      Plaintiffs,

v.

FRANK O. GUNTER, Colorado Department of Corrections, Executive Director,
in his official capacity,
FRANK O. GUNTER, individually,
JIM BRITTAIN, in his official capacity,
JIM BRITTAIN, individually,
REX WORLEY, in his official capacity, and
REX WORLEY, individually,

      Defendants.

## ORDER ACCEPTING MAGISTRATE JUDGE'S RECOMMENDATION

This matter is before the court on the "Report and Recommendation for Denial of 'Motion of Enforcement of Release and Settlement'" filed April 6, 2006. No party has objected to the recommendation. I have conducted the requisite *de novo* review of the issues, the record, and the recommendation. Based on this review, I have concluded that the recommendation is a correct application of the facts and the law. Accordingly, it is

**ORDERED** as follows:

1. The recommendation is ACCEPTED.

2. Plaintiff's Motion of Enforcement of Release and Settlement (#23) is DENIED.

DATED this 12th day of September, 2006.

                                                                       BY THE COURT:

                                                                       s/ Edward W. Nottingham
                                                                       EDWARD W. NOTTINGHAM
                                                                       United States District Judge